UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAXOS, LLC,<br><br>               Plaintiff,<br>v.<br><br>AMERICAN FAMILY<br>INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C18-1287JLR<br><br>ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION |

Before the court is Defendant American Family Insurance Company's ("AFI") notice of removal. (*See* Not. of Rem. (Dkt. # 1).) Plaintiff Naxos, LLC ("Naxos") filed state law causes of action against AFI in the Washington State Superior Court for King County. (*See* Compl. (Dkt. # 1-2).) AFI removed the case to this court on August 30, 2018. (*See* Not. of Rem.) The court has reviewed the complaint and the notice of removal and finds that AFI has failed to provide an adequate basis for subject matter jurisdiction over this action. The court therefore orders AFI to serve and file within

ORDER - 1

fourteen (14) days of the date of this order a submission providing the following information:

AFI asserts that the court's jurisdiction is based on diversity of citizenship. (*See* Not. of Rem. ¶¶ 12-14 (citing 28 U.S.C. § 1332).) For purposes of assessing diversity jurisdiction, the court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *see also* Local Rules W.D. Wash. LCR 8(a). The removal statute is strictly construed against removal jurisdiction, and a removing defendant bears the burden of establishing grounds for federal subject matter jurisdiction in the case. *Cal. ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir. 2004).

AFI alleges that Naxos "is a Washington limited liability company based in Kent, Washington." (Not. of Rem. ¶ 2.) AFI, however, fails to allege the domicile of Naxos's members. (*See id.* ¶¶ 1-16.) Absent allegations of all of Naxos's members, the court cannot determine whether AFI has properly invoked the court's subject matter jurisdiction.

Accordingly, the court ORDERS AFI to SHOW CAUSE why this case should not be dismissed for lack of subject matter jurisdiction. If AFI fails to provide the court with the information described above within fourteen (14) days of the date of this order, the

//
//
//
//

court will remand this action to state court. Naxos may, but is not required to, respond to the court's order to show cause within the same timeframe.

Dated this 19th day of September, 2018.

JAMES L. ROBART
United States District Judge