UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FAMILY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C18-1287JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed Defendant American Family Insurance Company's ("AFI") response to the court's September 19, 2018, order to show cause. (Resp. (Dkt. # 7); OSC (Dkt. # 6).) The court finds that AFI has adequately addressed the concerns

//

//

the court identified in the order to show cause and therefore DIRECTS the Clerk to issue an order regarding initial disclosures and a joint status report.

Filed and entered this 12th day of October, 2018.

WILLIAM M. MCCOOL  
Clerk of Court

s/ Ashleigh Drecktrah  
Deputy Clerk