UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FAMILY <br> INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C18-1287JLR <br><br> ORDER DENYING MOTION TO CONTINUE TRIAL |

Before the court is Plaintiff Naxos, LLC's ("Naxos") motion to modify the court's scheduling order. (Mot. (Dkt. # 19).) For the reasons stated below, the court DENIES the motion.

This case was removed to this court on August 30, 2018. (*See* Not. of Rem. (Dkt. # 1).) On December 4, 2018, the court scheduled the case for trial on March 9, 2020. (*See* Am. Sched. Order (Dkt. # 14) at 1.)

//

ORDER - 1

1 | Naxos requests a 120-day continuance of the trial date. (Mot. at 4.) Defendant American Family Insurance Company opposes the request. (*See generally* Resp. (Dkt. # 22).) In support of its motion, Naxos represents it has added the Keller Rohrback law firm on July 12, 2019, and that attorney Birk has limited availability. (*See* Mot. at 2-3.) Naxos also represents that it needs more time to conduct discovery. (*Id.* at 3.)

Absent a showing of good cause, the court does not grant "short" trial continuances. *See* Fed. R. Civ. P. 16(b)(4); (Am. Sched. Order at 2 ("The court will alter these dates only upon good cause shown . . . .").) Representations that an attorney has limited availability and that a party needs more time to complete discovery do not establish good cause. (Am. Sched. Order at 2 ("[F]ailure to complete discovery within the time allowed is not recognized as good cause.").) The court has a full trial calendar and will not imperil the trial dates of other parties, especially when unavailability should have been foreseen. Accordingly, the court DENIES Naxos's motion. (Dkt. # 19.) The court also notes with some displeasure that it has warned both law firms involved in this motion that the court does not routinely grant "short continuances."

Nevertheless, the court will consider moving the parties' trial date to the end of the court's trial calendar. If the parties wish to seek this relief, they should file a new stipulated motion to that effect. The parties should be aware that the court is presently scheduling trials in early 2021. If the court moves this matter to the end of its trial

//
//
//

calendar, the court will also issue a new scheduling order with respect to all remaining pretrial deadlines.

Dated this 21st day of August, 2019.

JAMES L. ROBART
United States District Judge