UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAXOS, LLC,<br><br>                           Plaintiff,<br>     v.<br><br>AMERICAN FAMILY<br>INSURANCE COMPANY,<br><br>                           Defendant. | CASE NO. C18-1287JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is Defendant American Family Insurance Company's ("AFI") motion for a protective order (Mot. (Dkt. # 33).) AFI filed that motion without first requesting a conference with the court. (*See generally* Dkt.) The motion therefore contravenes the court's November 29, 2018 scheduling order. (*See* Sched. Order (Dkt. # 12) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (directing "that before moving for an order relating to discovery, the movant must request a conference with the court by notifying the [courtroom deputy] . . . .")); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v)

ORDER - 1

(permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES AFI's motion for a protective order (Dkt. # 33) without prejudice to renewing the motion in a manner that complies with the court's scheduling order.

Dated this 29th day of August, 2019.

JAMES L. ROBART
United States District Judge