The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, d/b/a Spiros Greek Restaurant,<br>Plaintiff,<br>v.<br>AMERICAN FAMILY INSURANCE COMPANY, a foreign insurer,<br>Defendant. | No. 2:18-cv-01287-JLR<br>STIPULATED MOTION AND ORDER FOR RELIEF FROM DISCOVERY DEADLINE<br>NOTED ON MOTION CALENDAR: OCTOBER 28, 2019 |



**STIPULATION**

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court continue the deadline to complete discovery by five (5) days, from November 12, 2019 to November 19, 2019, for the limited purpose of completing two (2) depositions.

Counsel for the parties have conferred and have undertaken substantial efforts to schedule all depositions prior to the discovery deadline. The parties are agreed that relief from the discovery deadline for completion of two scheduled depositions is warranted. The parties agree that all other case deadlines will remain in place.

The parties propose scheduling depositions as follows:



KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

November 14, 2019: Glenn Bangen, American Family Fed. R. Civ. P. 30(b)(6) corporate designee

November 19, 2019: Erik Boe, American Family adjuster (fact witness)

IT IS SO STIPULATED.

KELLER ROHRBACK L.L.P.

Date: 10/28/19

By [signature] #45273
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
Jeff N. Comstock, WSBA #41575
Nathan Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900 | Fax: 206-623-3384
wsmart@kellerrohrback.com;
ibirk@kellerrohrback.com;
jcomstock@kellerrohrback.com
nnanfelt@kellerrohrback.com
*Attorneys for Plaintiff*

LETHER & ASSOCIATES, PLLC

Date: 10/28/19

By [signature] #45273
Thomas Lether, WSBA #18089
Eric Neal, WSBA #31863
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
Tel: 206-467-5444 | Fax: 206-467-5544
tlether@letherlaw.com; eneal@letherlaw.com
*Attorneys for Plaintiff*

COLE | WATHEN | LEID | HALL, P.C.

Date: 10/28/19

By [signature]
Rory W. Leid, WSBA #25075
Jeremy L. Muth, WSBA #52055
1505 Westlake Avenue North, Suite 700
Seattle, WA 98109
Tel: 622-0494 | Fax: 206-587-2476
rleid@cwlhlaw.com; jmuth@cwlhlaw.com
*Attorneys for Defendant*

STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE
(2:18-cv-01287-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion for Relief From Discovery Deadline is HEREBY GRANTED.

2. The parties may conduct depositions as above proposed.

3. All other deadlines remain in place.

DATED this 29th day of October, 2019.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE
(2:18-cv-01287-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I certify that on 28th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Rory W. Leid, III, WSBA #25075
Jeremy L. Muth, WSBA #52055
Cole Wathen Leid Hall, P.C.
303 Battery Street
Seattle, WA 98121
E: rleid@cwlhlaw.com; jmuth@cwlhlaw.com
*Attorneys for Defendant*

Eric J. Neal, WSBA #31863
Lether & Associates, PLLC
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
E: eneal@letherlaw.com
*Attorneys for Plaintiff*

Megan Johnston, Legal Assistant
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

4846-3063-1850, v. 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384