The Honorable James L. Robart
Trial Date: March 9, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, d/b/a Spiros Greek Restaurant,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 18-CV-01287 JLR<br><br>**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE**<br><br>NOTED ON MOTION CALENDAR: NOVEMBER 7, 2019 |

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court continue the deadline to complete discovery by six (6) more days from November 19, 2019 to November 25, 2019, for the purposes of completing two (2) additional depositions.

Counsel for the parties have conferred and have undertaken substantial efforts to schedule all depositions prior to the discovery deadline. The parties agreed that relief from the discovery deadline for completion of these two additional depositions is warranted.

The parties propose scheduling depositions as follows:

November 20, 2019; Trina Loukas, Naxos Fed. R. Civ. P. 30(b)(6) corporate designee.

November 25, 2019; John Loukas, fact witness.

///

Case No. 18-CV-01287 JLR
**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE - 1**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/FAX (206) 587-2476

1   IT SO STIPULATED

2   DATED this 7th day of November, 2019.

3   **COLE | WATHEN | LEID | HALL, P.C.**

4   
*s/ Jeremy L. Muth*
Rory W. Leid, III, WSBA #25075
5   Jeremy L. Muth, WSBA #52055
*Attorneys for Defendant*
6   1505 Westlake Avenue North, Suite 700
Seattle, WA 98109-6243
7   Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | jmuth@cwlhlaw.com

8

9   DATED this 7th day of November, 2019.

10   **LETHER & ASSOCIATES, PLLC**

11   *s/ Eric Neal with email permission*
Thomas Lether, WSBA #18089
12   Eric Neal, WSBA #31863
1848 Westlake Avenue N., Suite 100
13   Seattle, WA 98109
Tel: 206-467-5444
14   tlether@letherlaw.com | eneal@lether.law.com

15   DATED this 7th day of November, 2019.

16   **KELLER ROHRBACK L.L.P.**

17   
*s/ Jeff N. Comstock with email permission*
18   William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
19   Nathan L. Nanfelt, WSBA #45273
Jeff N. Comstock, WSBA #41575
20   1201 Third Avenue, Ste. 3200
Seattle, WA 98101
21   206-623-1900
wsmart@kellerrohrback.com
22   ibirk@kellerrohrback.com
nnanfelt@kellerrohrback.com
23   jcomstock@kellerrohrback.com

Case No. 18-CV-01287 JLR
**STIPULATED MOTION FOR RELIEF FROM**
**DISCOVERY DEADLINE - 2**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/FAX (206) 587-2476

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HERBY ORDERED:

1. The parties; Stipulated Motion for Relief from discovery Deadline is HEREBY GRANTED.

2. The parties may conduct depositions as proposed above.

3. All other deadlines remain in place.

DATED this ___8th___ day of November, 2019.

                                                     JAMES L. ROBART
                                                   United States District Judge

Case No. 18-CV-01287 JLR
**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE - 3**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/FAX (206) 587-2476

## CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington -- Document Filing System (CM/ECF) which will also send notification to the following:

| | |
|---|---|
| **Counsel for Plaintiff:**<br>Eric Neal, WSBA #31863<br>Chance Laboda, WSBA #54273<br>Jenna Mark, WSBA #54366<br>Thomas Oster, WSBA #52880<br>LETHER & ASSOCIATES, PLLC<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>206-467-5444<br>eneal@letherlaw.com<br>claboda@letherlaw.com<br>jmark@letherlaw.com<br>toster@letherlaw.com<br>ateretchenko@letherlaw.com | **Via Email/E-Service** |
| **Co-Counsel Plaintiff:**<br>William C. Smart, WSBA #8192<br>Ian S. Birk, WSBA #31431<br>Nathan L. Nanfelt, WSBA #45273<br>1201 Third Avenue, Ste. 3200<br>Seattle, WA 98101<br>206-623-1900<br>wsmart@kellerrohrback.com<br>ibirk@kellerrohrback.com<br>nnanfelt@kellerrohrback.com | **Via Email/E-Service** |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 7th day of November, 2019, at Seattle, Washington.

s/ *Jodi Graham*
Jodi Graham, Legal Assistant
jgraham@cwlhlaw.com

Case No. 18-CV-01287 JLR
**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE - 4**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/FAX (206) 587-2476

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Case No. 18-CV-01287 JLR
**STIPULATED MOTION FOR RELIEF FROM DISCOVERY DEADLINE - 5**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON 98109-6243
(206) 622-0494/FAX (206) 587-2476