The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, d/b/a Spiros Greek Restaurant,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a foreign insurer,<br><br>       Defendant. | No. 2:18-cv-01287-JLR<br><br>STIPULATED MOTION FOR RELIEF FROM DEADLINE<br><br>NOTED ON MOTION CALENDAR: JANUARY 7, 2020 |

**STIPULATION**

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court continue the deadline to complete ADR/settlement conference by one week, from January 9, 2020 to January 16, 2020, in order to participate in mediation before The Honorable Paris K. Kallas (Ret.) on January 16, 2020.

Counsel for the parties have undertaken substantial efforts to schedule the mediation prior to the deadline and January 16, 2020 was the earliest available date for Judge Kallas that also worked for both parties' schedules. The parties are agreed that relief from the deadline for

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-01287-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

completion of the settlement conference is warranted. The parties agree that all other case deadlines will remain in place.

IT IS SO STIPULATED.

KELLER ROHRBACK L.L.P.

Date:_____

By /s/ Jeff N. Comstock
Ian S. Birk, WSBA #31431
Jeff N. Comstock, WSBA #41575
Nathan Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900 | Fax: 206-623-3384
ibirk@kellerrohrback.com
jcomstock@kellerrohrback.com
nnanfelt@kellerrohrback.com
*Attorneys for Plaintiff*

LETHER & ASSOCIATES, PLLC

Date:_____

By /s/ Eric Neal (via email approval)
Eric Neal, WSBA #31863
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
Tel: 206-467-5444 | Fax: 206-467-5544
eneal@letherlaw.com
*Attorneys for Plaintiff*

COLE | WATHEN | LEID | HALL, P.C.

Date:_____

By /s/ Jeremy L. Muth (via email approval)
Rory W. Leid, WSBA #25075
Jeremy L. Muth, WSBA #52055
1505 Westlake Avenue North, Suite 700
Seattle, WA 98109
Tel: 622-0494 | Fax: 206-587-2476
rleid@cwlhlaw.com
jmuth@cwlhlaw.com
*Attorneys for Defendant*

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-01287-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion for Relief From Deadline is HEREBY GRANTED.

2. All other deadlines remain in place.

DATED this 7th day of Janaury, 2020.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-01287-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384