UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAXOS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FAMILY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C18-1287JLR <br><br> ORDER CONTINUING PRETRIAL CONFERENCE |

Due to the court's criminal trial calendar, the court continues the pretrial conference in this matter from February 24, 2020, at 2:00 p.m. (*see* Sched. Order (Dkt. # 14) at 2) to March 4, 2020, at 1:30 p.m. All other deadlines set by the court's scheduling order and the local civil rules remain the same and are in effect as if the pretrial conference remained on February 24, 2020.

In preparing the parties' proposed jury instructions, the court reminds the parties to abide by Local Civil Rule 51. *See* Local Rules W.D. Wash. LCR 51. The parties

ORDER - 1

should be aware that the court strives to deviate as little as possible from the applicable model jury instructions, including the Ninth Circuit Model Civil Jury Instructions and, for state law claims and defenses, the Washington Pattern Civil Jury Instructions. Further, the court reminds the parties to comply with Federal Rule of Civil Procedure 32 and Local Civil Rule 32 with respect to any deposition designations the parties wish to offer. *See* Fed. R. Civ. P. 32; Local Rules W.D. Wash. LCR 32.

Dated this 13th day of February, 2020.

JAMES L. ROBART
United States District Judge


