1

The Honorable James L. Robart

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

NAXOS, LLC, d/b/a Spiros Greek Restaurant,

10

Plaintiff,

No. 2:18-cv-01287-JLR

11

v.

[~~PROPOSED~~] PRETRIAL ORDER

12

AMERICAN FAMILY INSURANCE
COMPANY, a foreign insurer,

13

14

Defendant.

15

16

## I.    JURISDICTION

17

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1332 on the basis of diversity—

18

Plaintiff Naxos, LLC ("Naxos") is a citizen of the State of Washington and Defendant American

19

Family Insurance Company ("American Family") is a citizen of the State of Wisconsin—and the

20

amount in controversy exceeding the jurisdictional amount of $75,000.

21

## II.    CLAIMS AND DEFENSES

22

**A.    Plaintiff Naxos, LLC.**

23

Plaintiff Naxos will pursue at trial the following claims against Defendant American

24

Family:

25

26

1.    American Family committed the tort of insurance bad faith by failing to perform a

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

full and fair investigation of Naxos's insurance claim and by elevating its interests above Naxos's interests.

2.      American Family committed the tort of negligence by failing to perform a full and fair investigation of Naxos's insurance claim and by elevating its interests above Naxos's interests.

3.      American Family violated the Consumer Protection Act both by committing an unfair or deceptive act or practice in trade of commerce causing injury to Naxos's property and by violating WAC 284-30-330; WAC 284-30-370; and WAC 284-30-380.

4.      American Family violated the Insurance Fair Conduct Act by unreasonably denying Naxos's insurance claim and by unreasonably denying payment of benefits and American Family is liable for exemplary damages based on this and its violation of WAC 284-30-330; WAC 284-30-370; and WAC 284-30-380.

5.      American Family breached the insurance contract by failing to perform contractual duties when due.

Plaintiff Naxos will pursue the following affirmative defenses:

1.      American Family is estopped from contesting coverage.

2.      Naxos did not commit fraud or make any intentional misrepresentations in the application for insurance or the claim for insurance benefits.

**B.      Defendant American Family.**

Defendant American Family will pursue at trial the following claims against Plaintiff Naxos:

1.      Naxos breached the terms of the applicable insurance contract by its representatives making material misrepresentations and concealing material information from American Family, both in the inception of the contract and in the investigation of Naxos's insurance claim.

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.     Naxos has an affirmative duty to provide accurate, honest and complete information, and failed to do so. This failure has caused American Family to incur damages as a result.

3.     Naxos has committed bad faith and violated the CPA through its actions of misrepresentation and concealment.

Defendant American Family will pursue the following affirmative defenses:

1.     At all times material, American Family's investigation and adjustment of the claims have been reasonable, in compliance with the terms and conditions of the insurance contract, and in compliance with Washington State law in light of the facts and circumstances surrounding the loss and claims submitted. As a result, all of Naxos's extra-contractual claims are without merit.

2.     At all times relevant American Family's actions were justified.

3.     To the extent that American Family had any duties to the Naxos, American Family fulfilled those duties.

4.     Naxos's damages, if any, were proximately caused or contributed to by Naxos's own acts and/or omissions.

5.     Naxos has failed to mitigate its damages.

6.     Any injuries suffered by Naxos were caused in whole or in part by Naxos, individually, and/or third persons or entities and American Family is entitled to allocation of fault under RCW 4.22 et seq.

7.     Naxos's loss, if any, may have been caused or contributed to by superseding and/or intervening acts over which American Family had no control or responsibility.

8.     Should Naxos recover any damages, American Family is entitled to setoff in the amount of any money already paid to Naxos.

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

9.      Naxos made intentional misrepresentations and/or concealments of material fact to American Family.

10.     Naxos breached their respective obligations of good faith and fair dealing and therefore is not entitled to any recovery.

11.     Naxos acted in bad faith.

12.     Naxos's claims are barred, in whole or in part, by the doctrine of unclean hands.

## III.    ADMITTED FACTS

The following facts are admitted or otherwise undisputed between the parties:

1.      This case involves a black water event occurring at Spiros Greek Restaurant in the summer of 2015.

2.      Spiros Greek Restaurant was operated by Naxos, LLC.

3.      As a result, all business activities at Spiros were shut down.

4.      Naxos notified American Family of the loss on August 6, 2015.

5.      Naxos held a Businessowners Policy issued by American Family, numbered 46X2414102, which was in effect at the time of the loss.

6.      Naxos retained 1-800 Water Damage, a water mitigation company, to mitigate and remediate the loss.

7.      American Family retained Servpro to inspect the site and review 1-800 Water Damage's scope of repair.

8.      Servpro concurred with 1-800's proposed scope, which included removal of the flooring in the kitchen/pantry area, flood cutting the walls, and removal of Naxos's kitchen equipment.

9.      On August 31, 2015, in response to a request from American Family, 1-800 advised

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

that the cost of remediation would be between $85,000 and $100,000, plus pump out and solid removal.

10.     On September 4, 2015, American Family retained an independent adjuster, who speculated that the leak may have been ongoing prior to the reported loss.

11.     American Family hired an engineer, Scott Thomas of CASE Forensics, and issued a Reservation of Rights letter on September 11, 2015, indicating there might not be coverage for the loss.

12.     Naxos contacted American Family on September 15, 2015, expressing concern about the delay in the investigation of the loss.

13.     On October 1, 2015, American Family advised engineer Scott Thomas that he may cease investigation into the cause of the loss.

14.     Thomas recommended that an industrial hygienist be contacted if questions surface regarding proper remediation.

15.     American Family first issued payment to Naxos related to the structural loss on October 22, 2015, in the amount of $43,732.48.

16.     By February 1, 2016, Naxos had hired Armata Construction out of its own funds to take over remediation from 1-800.

17.     In March 2016, Naxos retained Dudley Gaouette, a public adjuster with Adjusters International.

18.     Susan Evans, an industrial hygienist, visited the site twice and issued a report documenting her findings and remediation of the loss and outlining a protocol to remediate the contamination discovered.

19.     Evans later re-inspected the site in December 2016 -- after Armata had performed

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   selective demolition at the site allowing further access and investigation – and supplemented her

2   report.

3       20.     Evans' supplemental report, issued on January 17, 2017, recommended a protocol

4   that included removal of kitchen flooring, contaminated floor joists, and removal of pipes.

5
6       21.     Armata used the Evans protocol to prepare its repair bid for the building, which

7   totaled $624,519 at replacement cost value.

8       22.     American Family retained Madsen Kneppers & Associates (MKA), a consultant,

9   to review the costs and scope of repairs.

10      23.     MKA provided an estimate on October 19, 2016 of $342,368, reduced to $265,882

11  with depreciation to actual cash value, and subtracting the costs of supposed code upgrades.

12
13      24.     In November 2016, American Family paid Naxos $221,149.88, crediting the prior

14  October 2015 payment.

15      25.     Naxos demanded appraisal of the amount of loss in June 2017.

16      26.     After Naxos demanded appraisal, American Family retained its own industrial

17  hygienist at the urging of its appointed appraiser.

18      27.     On March 6, 2018, the Appraisal Panel issued an Appraisal Award, signed by all

19  three members of the Appraisal Panel, finding the value of Naxos's claimed loss for the building

20  and BPP to be $658,921 in replacement cost value ($566,209.17 in actual cash value).

21
22      28.     Naxos filed the instant action against American Family on August 10, 2018.

23      29.     Naxos served a notice on American Family under the Insurance Fair Conduct Act

24  more than 20 days before filing this action.

25      30.     Determining coverage, the cost to repair the building, the value of contents, and the

26  loss of business income were all material aspects of the claim.

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## IV.   ISSUES OF LAW

The following are the issues of law to be determined by the Court:

1.   Whether American Family committed insurance bad faith;

2.   Whether American Family violated the Washington Consumer Protection Act;

3.   Whether American Family violated the Washington Insurance Fair Conduct Act;

4.   Whether American Family committed the tort of negligence; and

5.   Whether American Family should be estopped from contesting coverage.

In addition to Naxos's issues of law, American Family raises the following issues of law as a counterclaim:

1.   Whether Naxos and/or its representatives intentionally misrepresented or concealed any material fact.

2.   Whether Naxos is judicially estopped from seeking more than $6,300.00 in damages to BPP because of Naxos' declarations regarding such in their bankruptcy case no. 14-15859.

3.   Whether Naxos' claims asserted against American Family should be dismissed when Naxos' representatives misrepresented numerous facts and presented fraudulent information.

4.   Whether Naxos breached the terms of the applicable insurance contract by its representatives making material misrepresentations and concealing material information from American Family, both in the inception of the contract and in the investigation of Plaintiffs insurance claim.

5.   Whether Naxos has an affirmative duty to provide accurate, honest and complete information, and failed to do so.

6.   Whether Naxos has committed bad faith and violated the CPA through its actions

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 7

of misrepresentation and concealment.

7.      Whether American Family's actions were justified.

8.      Whether Naxos' damages, if any, were proximately caused or contributed to by Plaintiff's own acts and/or omissions.

9.      Whether Naxos failed to mitigate its damages.

10.     Whether injuries suffered by Naxos were caused in whole or in part by Plaintiff, individually, and/or third persons or entities.

11.     Whether Naxos' loss, if any, may have been caused or contributed to by superseding and/or intervening acts over which American Family had no control or responsibility.

12.     Whether Naxos breached their respective obligations of good faith and fair dealing and therefore is not entitled to any recovery.

13.     Whether Naxos' claims are barred, in whole or in part, by the doctrine of unclean hands.

## V.     EXPERT WITNESSES

**A.      Plaintiff's Expert Witnesses:**

1.      Dennis Smith                                    ***WILL TESTIFY***
        4800 Fremont Avenue North, Suite 202
        Seattle, WA  98103

Mr. Smith has knowledge and opinions concerning American Family's unreasonable claim handling and investigation consistent with the expert report he prepared.

2.      Bill Partin                                     ***WILL TESTIFY***
        Mueller & Partin
        400 108th Avenue NE, Suite 615
        Bellevue, WA  98004

Mr. Partin has knowledge and opinions concerning the economic damages of Naxos's building and business consistent with the expert report he prepared.

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 8

1

2

3

    3.     Susan Evans, CIH, CSP, P.E.          ***WILL TESTIFY***
           ESI
           700 South Industrial Way
           Seattle, WA  98108

4

5

Ms. Evans has knowledge and opinions concerning the scope of damage and necessary

remediation for Naxos's building consistent with the declaration and reports she prepared.

6

7

8

    4.     Ryan Miletech               ***WILL TESTIFY***
           Armata Construction Services, LLC
           1416 NW 46th Street, Suite 105
           Seattle, WA  98107

9

10

Mr. Miletech has knowledge and opinions concerning the repair bid for Naxos's building

consistent with the declaration and repair bid he prepared.

11

12

13

    5.     Mark A. Schaefer, P.E., S.E.     ***POSSIBLE WITNESS***
           Pacific Engineering Technologies, Inc.
           2150 North 107th Street, Suite 320
           Seattle, WA  98133

14

15

Mr. Schaefer has knowledge and opinions concerning the engineering drawings used in the

repair bid for Naxos's building consistent with the declaration he prepared.

16

**B.**    **Defendant's Expert Witnesses:**

17

18

19

    1.     Melody Ewers, CPA, CFF, CFE     ***WILL TESTIFY***
           Baker Tilly Virchow Krause, LLP
           5335 Meadows Road, Suite 230
           Lake Oswego, OR  97035-3189

20

21

22

23

Ms. Ewers has knowledge and opinions concerning the payroll, bookkeeping, and finances

of Naxos LLC, as well as the economic damages of Naxos LLC consistent with the expert reports

she prepared.

24

25

26

***Plaintiff Naxos objects to any testimony at trial from Defendant American Family's***

***experts #2-6 below because they were not previously disclosed as experts, nor has American***

***Family met any of the requirements contained in FRCP 26(a)(2) with respect to each witness:***

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

2.   Tim Hanley                                    *MAY TESTIFY*
     Farrell & Associates Insurance Claims Services, Inc.
     PO Box 1144
     Lake Oswego, OR 97035
     Tel: (503) 697-5870

Mr. Hanley is an independent adjuster hired by American Family to inspect the premises

and provide a second opinion on the loss and may testify regarding Naxos, LLC's claims and

alleged damages as well as the circumstances surrounding the incident and other relevant

information.

3.   Scott Thomas                                 *MAY TESTIFY*
     CASE Forensics Corporation
     23109 55th Ave West
     Mountlake Terrace, WA 98043

Mr. Thomas is an engineer with CASE Forensics who investigated the subject incident and

may testify regarding Naxos' claims and alleged damages as well as the circumstances surrounding

the incident and other relevant information.

4.   Brian Jones                                  *MAY TESTIFY*
     BELFOR Property Restoration
     4320 S 131st Pl, Suite 100
     Seattle, WA 98168

Mr. Jones is a Senior Project Manager for BELFOR who was hired by American Family

to inspect the premises and provide a second opinion on the loss and may testify regarding Naxos'

claims and alleged damages as well as the circumstances surrounding the incident and other

relevant information.

5.   Frank Riordan                                *MAY TESTIFY*
     A.R.C.H. Consulting Group, LLC
     5607 Keystone Pl N, Suite B
     Seattle, Washington 98103

Mr. Riordan is a Certified Industrial Hygienist hired by American Family to inspect the

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

site and prepare a remediation protocol and may testify regarding Naxos' claims and alleged damages as well as the circumstances surrounding the incident and other relevant information.

6.    Mike Galiato                                          **MAY TESTIFY**
      Madsen, Kneppers & Associates, Inc.
      2370 130th Ave NE, Suite 100
      Bellevue, WA 98005

Mr. Galiato is an engineering consultant who was brought in with BELFOR to inspect the premises and provide a second opinion on the loss and may testify regarding Naxos' claims and alleged damages as well as the circumstances surrounding the incident and other relevant information.

## VI.    OTHER WITNESSES

**A.    Plaintiff's Other Witnesses:**

1.    Dudley Gaouette                                    **WILL TESTIFY**
      4300 26th Ave W
      Seattle, WA  98199

Mr. Gaouette was retained by Naxos in response to American Family's unreasonable claim handling and investigation. Mr. Gaouette also represented Naxos at appraisal.

2.    Trina Loukas                                        **WILL TESTIFY**
      c/o Lether & Associates, PLLC
      1848 Westlake Ave N, Suite 100
      Seattle, WA 98109

Ms. Loukas worked as a manager at Spiros Greek Restaurant and has knowledge surrounding the substance of events, the timeline of events, and the damage to Naxos's property.

3.    Gayle Anderson                                      **WILL TESTIFY**
      c/o Lether & Associates, PLLC
      1848 Westlake Ave N, Suite 100
      Seattle, WA 98109

Ms. Anderson was retained to help manage Naxos's insurance claim with American Family and has knowledge surrounding the substance of events, the timeline of events, and the damage to

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | Naxos's property.

2 | 4.   American Family by 30(b)(6) Deponent          ***WILL TESTIFY***
3 |      c/o Cole | Wathen | Leid | Hall P.C.
     1505 Westlake Ave N, Suite 700
4 |      Seattle, WA 98109

5 | American Family's 30(b)(6) deponent representatives have knowledge regarding the

6 | substance of events, the timeline of events, American Family's claim handling and investigation,

7 | and American Family's relevant policies and procedures.

8 | 5.   Audrey Zambrano                               ***POSSIBLE WITNESS***
9 |      13110 14 Ave S
     Burien, WA 98168
10 |     (253) 327-0229

11 | Ms. Zambrano worked as a manager at Spiros Greek Restaurant and has knowledge

12 | surrounding the restaurant's business operation.

13 | 6.   Kara Harvick                                 ***POSSIBLE WITNESS***
14 |      303 17th St SE #8
     Auburn, WA 98002
15 |     (253) 293-2753

16 | Ms. Harvick worked at Spiros Greek Restaurant and has knowledge surrounding the

17 | restaurant's business operation.

18 |

19 | **B.   Defendant's Other Witnesses:**

20 | 1.   Dudley Gaouette                              ***WILL TESTIFY***
     Adjusters International Pacific Northwest, Inc.
21 |     4300 26th Ave W
     Seattle, WA 98199

22 | Mr. Gaouette was retained by Naxos as a Public Adjuster and represented Naxos as a

23 |

24 | 30(b)(6) representative.

25 | 2.   Trina Loukas                                 ***WILL TESTIFY***
     c/o Lether Law Group
26 |     1848 Westlake Ave N, Suite 100
     Seattle, WA 98109

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 12

1   Ms. Loukas claims to be a manager at Spiros Greek Restaurant and has knowledge

2   surrounding the substance of events, the timeline of events, and Naxos' damages.

3       3.      William Loukas                          ***WILL TESTIFY***
4               c/o Lether Law Group
                1848 Westlake Ave N, Suite 100
5               Seattle, WA 98109

6   Mr. Loukas was claimed to be a manager at Spiros Greek Restaurant and has knowledge

7   surrounding the substance of events, the timeline of events, and Naxos' damages.

8       4.      John Loukas                             ***WILL TESTIFY***
9               c/o Lether Law Group
                1848 Westlake Ave N, Suite 100
10              Seattle, WA 98109

11   Mr. Loukas was claimed to be a manager at Spiros Greek Restaurant and has knowledge

12   surrounding the substance of events, the timeline of events, and Naxos' damages.

13      5.      Gayle Anderson                          ***WILL TESTIFY***
14              c/o Lether Law Group
                1848 Westlake Ave N, Suite 100
15              Seattle, WA 98109

16   Ms. Anderson was represented to be an employee of Naxos, who turned out to be hired as

17   a public adjuster to help manage Naxos' insurance claim and has knowledge surrounding the

18   substance of events, the timeline of events, and Naxos' damages.

19
20      6.      Johnny Lim                              ***WILL TESTIFY***
                c/o Cole | Wathen | Leid | Hall P.C.
21              1505 Westlake Ave N, Suite 700
                Seattle, WA 98109
22
23   Mr. Lim has knowledge regarding the inception of the subject Policy for insurance and

24   surrounding substance of events regarding the subject Policy.

25      7.      Tou Vang                                ***WILL TESTIFY***
                c/o Cole | Wathen | Leid | Hall P.C.
26              1505 Westlake Ave N, Suite 700
                Seattle, WA 98109

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 13

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Mr. Vang has knowledge regarding the underwriting of the subject Policy for insurance and the events surrounding the formation of the subject policy.

8.    American Family 30(b)(6) Representative    ***MAY TESTIFY***
c/o Cole | Wathen | Leid | Hall P.C.
1505 Westlake Ave N, Suite 700
Seattle, WA 98109

American Family 30(b)(6) representative has knowledge regarding the substance of events, the timeline of events, American Family's claim handling and investigation, and American Family's relevant policies and procedures.

9.    Erik Boe    ***WILL TESTIFY***
c/o Cole | Wathen | Leid | Hall P.C.
1505 Westlake Ave N, Suite 700
Seattle, WA 98109

Mr. Boe has knowledge regarding the substance of events, the timeline of events, American Family's claim handling and investigation, and American Family's relevant policies and procedures.

10.    Records Custodian for the City of Kent, Washington    ***MAY TESTIFY***
220 Fourth Ave. S
Kent, WA 98032

The City of Kent has knowledge regarding the code violations committed by Naxos and other information regarding compliance with local laws.

11.    Records Custodian for the King County    ***MAY TESTIFY***
Department of Health
908 Jefferson St
Seattle, WA 98104

The King County Department of Health has knowledge regarding the code violations committed by Naxos and other information regarding compliance with local laws.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

12.   Maggie King – Service Coordinator                    **MAY TESTIFY**
      1-800 Water Damage
      12600 Interurban Ave S #130
      Tukwila, WA 98168

1-800 Water Damage was hired by Naxos, LLC to inspect the premises and conduct the

necessary repairs. Ms. King may testify regarding Naxos' claims and alleged damages as well as

the circumstances surrounding the incident and other relevant information.

## VII.   EXHIBITS

**A.   Plaintiff's Exhibits:**

| Ex. # | Description | Authenticity Stipulated | Admissibility Stipulated | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Appraisal Award Form dated March 6, 2018 (NAXOS-AMFAM) | Stipulated | Disputed | FRE 104(b); FRE 401-403 | |
| 2 | Photos of Incident and Damage (NAXOS-AMFAM00398-00407) | Stipulated | Disputed | FRE 104(b); FRE 401-403 | |
| 3 | Reservation of Rights Letter dated September 11, 2015 (NAXOS-AMFAM01374-01375) | Stipulated | Stipulated | | |
| 4 | Belfor Estimate dated October 21, 2015 (NAXOS-AMFAM01678-01700) | Stipulated | Stipulated | | |
| 5 | Tim Hanley Estimates dated October 28, 2015; January 29, 2016; February 15, 2016; and March 6, 2016 (NAXOS-AMFAM00802-00804; 00809-00811; 00931-00932; 00805-00808) | Stipulated | Stipulated | | |
| 6 | MKA Estimate dated April 1, 2016 (NAXOS-AMFAM00488-00512) | Stipulated | Stipulated | | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 15

| 7 | Belfor Estimate dated October 15, 2016 (NAXOS-AMFAM00951-00980) | Stipulated | Stipulated | | |
| 8 | MKA and Belfor Estimate dated October 19, 2016 (NAXOS-AMFAM00480-00487) | Stipulated | Stipulated | | |
| 9 | Armata Estimate dated March 19, 2017 (NAXOS-AMFAM02143-02159) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 10 | Emails between Scott Thomas and Drew Gillette dated August 17 through September 29, 2015 (NAXOS-AMFAM01729-01733) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 11 | August 2015 Emails Between 1-800 and Erik Boe (NAXOS-AMFAM00311-00312) | Stipulated | Stipulated | | |
| 12 | Email from Drew Gillette to Erik Boe dated August 27, 2015 (NAXOS-AMFAM00310) | Stipulated | Stipulated | | |
| 13 | Email from Tim Hanley dated September 13, 2015 (NAXOS-AMFAM01274) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 14 | Email from Erik Boe to Gayle Anderson dated September 15, 2015 (NAXOS-AMFAM01258) | Stipulated | Stipulated | | |
| 15 | Erik Boe Email to Dudley Gaouette dated March 18, 2016 (NAXOS-AMFAM00327) | Stipulated | Stipulated | | |
| 16 | Emails between Erik Boe and Tim Hanley | Stipulated | Stipulated | | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 16

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | | |
|---|---|---|---|---|---|
| | dated March 25, 2016 (NAXOS-AMFAM01712-01713) | | | | |
| 17 | Melody Ewers Email to Erik Boe dated July 12, 2016 (NAXOS-AMFAM01031-01033) | Stipulated | Stipulated | | |
| 18 | Emails between Erik Boe and Dudley Gaouette dated October 12 through October 14, 2016 (NAXOS-AMFAM01795-01797) | Stipulated | Stipulated | | |
| 19 | Erik Boe Email dated November 2, 2016 (NAXOS-AMFAM00797) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 20 | Emails from Erik Boe dated June 8, 2016, March 28, 2017, and May 22, 2017, regarding MKA's Inspections and Analysis (NAXOS-AMFAM01802; 01043; 01840) | Stipulated | Stipulated | | |
| 21 | Declaration of Ryan Miletech regarding Armata Construction Invoice ($34,681.31) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| 22 | MDE, Inc. Invoices ($9,286.89) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 23 | ESI Invoices ($3,821.94 & $4,704.24) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 17

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| 24 | Declaration of Mark Schaefer regarding Pacific Engineering Invoices ($8,306.77 & $2,525.70) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
|----|---|---|---|---|---|
| 25 | Nathanael Cook Invoice ($11,422.82) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 26 | Judicial Dispute Resolution Invoice ($1,000) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 27 | Adjusters International Invoice ($50,103) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| 28 | ICS: Financial Summary & Transactions for Date of LOBI Payment and Month Naxos Lost Property in Foreclosure (NAXOS-AMFAM00298-00309) | Stipulated | Stipulated | | |
| 29 | RGL Forensics Average Monthly Business Income Loss (NAXOS-AMFAM01279) | Stipulated | Stipulated | | |
| 30 | Pre-Incident Profit and Loss Statement (NAXOS-AMFAM01073) | Stipulated | Stipulated | | |
| 31 | William Partin Report Attachments/Schedules | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| 32 | Claim Notes (NAXOS-AMFAM00007-00173) | Stipulated | Stipulated | | |
|----|---------------------------------------|------------|------------|-----|-----|
| 33 | Claim Division Corporate Guidelines for Property Claims (NAXOS-AMFAM02235-02247) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); Confidential and subject to the protective order. | |
| 34 | CFR Claim Standard Work for Water & Plumbing (CONFIDENTIAL) (NAXOS-AMFAM05057-05059) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); Confidential and subject to the protective order. | |
| 35 | Good Faith Claims Handling PowerPoint (CONFIDENTIAL) (NAXOS-AMFAM05062-05101) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); Confidential and subject to the protective order. | |
| 36 | Property Best Practices for Water Leakage Losses (CONFIDENTIAL) (NAXOS-AMFAM05060-05061) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); | |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | Confidential and subject to the protective order. | |
|---|---|---|---|---|---|
| 37 | Underwriting File Photos (CONFIDENTIAL) (NAXOS-AMFAM04892-04907) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); Confidential and subject to the protective order. | |
| 38 | Naxos Secretary of State and LLC Formation Documents | Stipulated | Stipulated | | |
| 39 | Johnny Lim File Notes (Lim Production 000317-000329) | Stipulated | Stipulated | | |
| 40 | Payment Receipt and Handwritten Note Showing Asimo Loukas Loan (Lim Production 000282-000284) | Stipulated | Stipulated | | |
| 41 | Evidence of Property Insurance and Certificate of Liability Insurance (Lim Production 000281-000282) | Stipulated | Stipulated | | |
| 42 | Naxos Bankruptcy Personal Property Schedule (NAXOS-AMFAM02499-02503) | Stipulated | Stipulated | | |
| 43 | Gayle Anderson Fax from Melody Ewers File | Stipulated | Stipulated | | |
| 44 | RGL Forensics' Schedules Showing John Loukas's and Gayle Anderson's | Stipulated | Stipulated | | |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | |
|---|---|---|---|---|
| | Employment Status (NAXOS-AMFAM01286; 01287; 01581; 01622; 01633; 01912; 01923; 02082; 2100; 02169) | | | |
| 45 | Food Service Inspection Reports from Pre-Policy Inception (NAXOS-AMFAM05585-05656) | Stipulated | Stipulated | |
| 46 | Food Service Inspection Report dated June 24, 2015 (NAXOS-AMFAM05672-05675) | Stipulated | Stipulated | |
| 47 | MDE Inc. Amended Report and Work Plan (NAXOS-AMFAM01861-01879) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| 48 | ESI Supplemental Report and Work Plan (NAXOS-AMFAM02196-02213) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| 49 | Notice of Trustee's Sale for Naxos's Building | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| 50 | Excise Tax Document | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| 51 | Timeline of Key Events | Disputed | Disputed | FRE 104(b); |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 21

| Ex. # | Description | Authenticity Stipulated | Admissibility Stipulated | Objection | Admitted |
|---|---|---|---|---|---|
|  |  |  |  | FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |  |
| 52 | Naxos Closing Statement from Appraisal -- 02.23.2018 Email from Dudley Gaouette | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |  |
| 53 | Naxos BPP Spreadsheet | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |  |

**B.    Defendant's Exhibits:**

| Ex. # | Description | Authenticity Stipulated | Admissibility Stipulated | Objection | Admitted |
|---|---|---|---|---|---|
| A-1 | King County Department of Assessment Records; Parcel Records (NAXOS-AMFAM02395-2397) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) |  |
| A-2 | Naxos Financial Records (NAXOS-AMFAM02398-2443; 1509-1534; 1541-1545; 2028) | Stipulated | Disputed | FRE 104(b); FRE 401-403 |  |
| A-3 | Naxos Bankruptcy Records; Case No. 14-15859 (NAXOS-AMFAM02444-3584) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 901(a) |  |
| A-4 | Asimo Loukas Bankruptcy Records; Case No. 15-15126 | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE |  |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | | |
|---|---|---|---|---|---|
| | | | | 608; FRE 901(a); FRCP 37(c)(1) | |
| A-5 | Milos Island Bankruptcy Records; Case No. 14-15861 | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 901(a); FRCP 37(c)(1) | |
| A-6 | City of Kent Photographs (NAXOS-AMFAM04524-4569) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) | |
| A-7 | City of Kent Employee Emails regarding the Naxos closure (NAXOS-AMFAM04592-4595) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-8 | City of Kent; Notice of Violation; 8/6/15 (NAXOS-AMFAM04596-4601) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-9 | City of Kent; Notice of Violation; 8/13/15 (NAXOS-AMFAM04602-4613) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-10 | Public Heath; Food Establishment Inspection Report; 8/5/15 (NAXOS-AMFAM04700) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 801(c); FRE 802; FRE 901(a) | |
| A-11 | Kent Fire Department; Incident Report; 7/13/15 (NAXOS-AMFAM04713-4715) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 23

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | |
|---|---|---|---|---|
| | | | | 801(c); FRE 802; FRE 901(a) |
| A-12 | City of Kent Photographs (NAXOS-AMFAM04776-4777) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 901(a) |
| A-13 | City of Kent; Permit Application regarding plumbing; 3/21/11 (NAXOS-AMFAM04813-4817) | Disputed | Disputed | FRE 104(b); FRE 401-403; MSJ; FRE 801(c); FRE 802; FRE 901(a) |
| A-14 | City of Kent; Permit Application regarding plumbing; 11/27/12 (NAXOS-AMFAM04835-4837) | Disputed | Disputed | FRE 104(b); FRE 401-403; MSJ; FRE 801(c); FRE 802; FRE 901(a |
| A-15 | ICS: Financial Summary & Transactions (NAXOS-AMFAM00298-309) | Stipulated | Disputed | FRE 104(b); FRE 401-403 |
| A-16 | Email from Erik Boe to Trina Loukas regarding LOBI; 8/7/15 (NAXOS-AMFAM00634) | Stipulated | Disputed | FRE 401-403; FRE 106; FRE 801(c); FRE 802 |
| A-17 | RGL Forensics Records (NAXOS-AMFAM00625-631; 642-661; 1562-1645) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| A-18 | BPP Chart ((NAXOS-AMFAM00832-874) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| A-19 | MKA Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 24

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | 901(a) | |
|---|---|---|---|---|---|
| A-20 | RGL Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-21 | Belfor Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-22 | Case Forensic Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-23 | Farrell & Associates Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-24 | ARCH Consulting Reports and Records | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-25 | Email from Erik Boe to Gayle Anderson; 9/15/15 (NAXOS-AMFAM01258-1259) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802 | |
| A-26 | Payroll info from Gayle Anderson (NAXOS-AMFAM01299-1304) | Stipulated | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802 | |
| A-27 | State of Washington Department of Revenue, Continuing Lien (NAXOS- | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 25

| | | | | |
|---|---|---|---|---|
| | AMFAM01339-1368) | | | 801(c); FRE 802; FRE 901(a) |
| A-28 | Inspection Photos, Erik Boe (NAXOS-AMFAM01376-1453) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| A-29 | Department of the Treasury – Notice of Levy (NAXOS-AMFAM01535-1540) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 901(a) |
| A-30 | American Family Claims Diary (NAXOS-AMFAM00007-173) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| A-31 | Naxos Financial Records from Plaintiff | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |
| A-32 | Public Health – Food Service Inspection Report; 5/17/13 (NAXOS-AMFAM05643-5647) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 801(c); FRE 802; FRE 901(a) |
| A-33 | Public Health – Food Service Inspection Report; 5/20/13 (NAXOS-AMFAM05648-5652) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 801(c); FRE 802; FRE 901(a) |
| A-34 | Public Health – Food Service Inspection Report; 7/17/14 (NAXOS-AMFAM05660-5663) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 801(c); FRE |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | 802; FRE 901(a) | |
|---|---|---|---|---|---|
| A-35 | Public Health – Food Service Inspection Report; 11/5/14 (NAXOS-AMFAM05664-5667) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 801(c); FRE 802; FRE 901(a) | |
| A-36 | Secretary of State – LLC records (NAXOS-AMFAM05676-5702) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-37 | Ewers Report - 9/11/19 | Disputed | Disputed | MIL; FRE 104(b); FRE 401-403; FRE 801(c); FRE 802 | |
| A-38 | Ewers Supplemental Report – 10/21/19 | Disputed | Disputed | MIL; FRE 104(b); FRE 401-403; FRE 801(c); FRE 802 | |
| A-39 | Ewers Rebuttal Report – 12/6/19 | Disputed | Disputed | MIL; FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRCP 37(c)(1) | |
| A-40 | Milo's Island Application for Insurance – 8/23/14 (Lim Production 000244-250) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); RCW 48.18.080(1) | |
| A-41 | Cancellation Request Fax – 10/30/13 (Lim Production 000285) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE | |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | | |
|---|---|---|---|---|---|
| | | | | 901(a) | |
| A-42 | Request for Authentic Loss Information – 10/15/13 (Lim Production 000287-289) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-43 | Farmer's Loss Run – 10/15/13 (Lim Production 000305-306) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-44 | Cancellation Request Fax – 10/29/13 (Lim Production 000312-316) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-45 | Naxos Application for Insurance - (Lim Production 000292-304) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a); RCW 48.18.080(1) | |
| A-46 | William Loukas – Criminal Records | Disputed | Disputed | MIL, FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 609; FRE 801(c); FRE 802; FRE 901(a) | |
| A-47 | John Loukas – Criminal Records | Disputed | Disputed | MIL; FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 609; FRE 801(c); FRE 802; FRE 901(a) | |

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| A-48 | Trina Loukas – Bankruptcy Records; Case No. 11-16003 | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 901(a) | |
|------|------|------|------|------|------|
| A-49 | Gayle Anderson -- Bankruptcy Records; Case No. 10-11440 | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 901(a) | |
| A-50 | Gayle Anderson – Bankruptcy Records; Case No. 17-12456 | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 404; FRE 608; FRE 901(a) | |
| A-51 | Naxos Profit and Loss Comparison | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-52 | American Family Estimates and Reports (NAXOS-AMFAM00875-876; 1267-1270; 832-874; 909-926; 1678-1700; 2012-2027; 2174-2195; 1423-1454; 1561) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-53 | American Family Correspondence (NAXOS-AMFAM01173-1179; 1245-1247; 1271-1273; 1349-1375; 2009-2010) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |
| A-54 | Erik Boe Emails (NAXOS-AMFAM00310; 1002-1041; 1043-1057; 1059-1063; 1171-1172; 1243-1244; 1248-1266; 1274-1276; 1462; 1479-1480; | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) | |

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 29

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | | | |
|---|---|---|---|---|
| | 1484-1485; 1703-1859; 1929-1930; 2004-2006; 2008; 2011; 2107-2110; 311-333; 444-448; 634-636; 794-796; 948-950; 981-1001) | | | |
| A-55 | IRS Notice of Levy (NAXOS-AMFAM01113-1118) | Disputed | Disputed | FRE 104(b); FRE 401-403; FRE 801(c); FRE 802; FRE 901(a) |

The Parties' Objection Code:

| MIL | This evidence is the subject of a motion in limine pending before the Court. |
|---|---|
| RCW 48.18.080(1) | No application for the issuance of any insurance policy or contract shall be admissible in evidence in any action relative to such policy or contract, unless a true copy of the application was attached to or otherwise made a part of the policy when issued and delivered. There is no evidence any insurance application was attached or made part of the relevant policy(s) when issued and delivered to Naxos. |

## VIII.   ACTION BY THE COURT

(a)     This case is scheduled for trial before a jury on March 9, 2020.

(b)     Trial briefs shall be submitted to the Court on or before March 2, 2020.

(c)     Jury instructions requested by either party shall be submitted to the Court on or before March 2, 2020.  Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before March 2, 2020.

(d)     Court rulings (if any):

1.     American Family violated WAC 284-30-370.

This order has been approved by the parties as evidenced by the signatures of their counsel.

This order shall control the subsequent course of the action unless modified by a subsequent order.

This order shall not be amended except by order of the court pursuant to agreement of the parties

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  or to prevent manifest injustice.

2        DATED this 18th day of February, 2020.

3                              **KELLER ROHRBACK L.L.P.**

4                              By */s/ Ian S. Birk*
                                  Ian S. Birk, WSBA #31431
5                                 Jeff N. Comstock, WSBA #41575
                                  1201 Third Avenue, Suite 3200
6                                 Seattle, WA  98101
                                  Tel: 206-623-1900 | Fax: 206-623-3384
7                                 ibirk@kellerrohrback.com
                                  jcomstock@kellerrohrback.com
8                                 *Attorneys for Plaintiff*

9                              **LETHER & ASSOCIATES, PLLC**

10                                */s/ Eric J. Neal (via telephonic approval)*
                                  Eric J. Neal, WSBA #31863
11                                1848 Westlake Avenue N, Suite 100
                                  Seattle, WA 98109
12                                P: (206) 467-5444/F: (206) 467-5544
                                  eneal@letherlaw.com
13                                *Attorneys for Plaintiff*

14                             **COLE | WATHEN | LEID | HALL, P.C.**

15                                */s/ Jeremy L. Muth (via telephonic approval)*
                                  Rory W. Leid, III, WSBA #25075
16                                Jeremy L. Muth, WSBA #52055
                                  1505 Westlake Avenue North, Suite 700
17                                Seattle, WA 98109-6243
                                  Tel: (206) 622-0494 | Fax: (206) 587-2476
18                                rleid@cwlhlaw.com | jmuth@cwlhlaw.com
                                  *Attorneys for Defendant*

19

20

21        Dated this 4th day of March, 2020.

22

23

24        James L. Robart
25        United States District Judge

26

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 31

## CERTIFICATE OF SERVICE

I certify that on 18th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Rory W. Leid, III, WSBA #25075
Jeremy L. Muth, WSBA #52055
Cole Wathen Leid Hall, P.C.
303 Battery Street
Seattle, WA 98121
E: rleid@cwlhlaw.com; jmuth@cwlhlaw.com
*Attorneys for Defendant*

Eric J. Neal, WSBA #31863
Lether Law Group
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
E: eneal@letherlaw.com
*Attorneys for Plaintiff*

Megan Johnston, Legal Assistant
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

4841-0075-4613, v. 1
4841-0075-4613, v. 1

[PROPOSED] PRETRIAL ORDER
(2:18-cv-01287-JLR) - 32

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384